**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM LOPEZ,<br><br>        Plaintiff,<br><br>   vs.<br><br>CALIFORNIA HIGHWAY PATROL, ET AL.,<br><br>        Defendants. | CASE NO. ED CV 08-00725 SGL (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the Report and adopts its findings and recommendations.

DATED: June 18, 2009

*[signature]*

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE