**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM LOPEZ, ) | CASE NO. ED CV 08-00725 SGL (RZ) |
| Plaintiff, ) | |
| ) | JUDGMENT |
| vs. ) | |
| CALIFORNIA HIGHWAY PATROL, ET AL., ) | |
| Defendants. ) | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed for lack of subject matter jurisdiction.

DATED: June 18, 2009

*/s/ S.G. Larson*

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE